IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-MK-1941 (OES)

TAMMY E. DIAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

    Defendant.

---

**ORDER RESETTING HEARING ON MOTION FOR RECONSIDERATION**

---

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration **(#18)**. The Court

**ORDERS** that the hearing set for **June 30, 2005** at **4:00 p.m.** is **VACATED** and **RESET** to **June 29, 2005** at **4:00 p.m.**

Dated this 21st day of June, 2005.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge