IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01941-MSK-MEH

TAMMY E. DIAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER GRANTING WITHDRAW OF APPEARANCE OF MELINDA B. BARTON, #32304 AS COUNSEL OF RECORD

This matter having come before the Court on Defendant's Withdraw of Appearance of Melinda B. Barton, #32304, as Counsel of Record **(#59)** and the Court being fully advised in the premises, it is hereby ORDERED as follows:

Melinda B. Barton, #32304 (formerly of Harris, Karstaedt, Jamison & Powers, P.C.) is hereby withdrawn as counsel of record for Defendant American Family Mutual Insurance Company.

DATED this 21st day of February 2006.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge