IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01941-MSK-MEH

TAMMY E. DIAS,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, a Wisconsin corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order [Filed February 15, 2006; Docket #57] is **granted**. The Court will sign the Protective Order and enter it on the record.