IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01941-MSK-MEH

TAMMY E. DIAS,

        Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

        Defendant.

## ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS MATTER comes before the Court on the Defendant's Motion for Partial Summary Judgment **(#61)** seeking to dismiss the Plaintiff's claim under the Colorado Consumer Protection Act ("CCPA").  In her response **(#65)**, the Plaintiff expressly confesses the motion.

**IT IS THEREFORE ORDERED** that the Motion for Partial Summary Judgment **(#61)** is **GRANTED**, and the CCPA claim is **DISMISSED**.

Dated this 12th day of June, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge